1  DAVID GREEN BASKIN, SB No. 63853
   REBECCA J. FOWLER, SB No. 228852
2  BASKIN & GRANT, LLP
   730 MISSION STREET
3  SANTA CRUZ, CALIFORNIA  95060-3615
   Tel: (831) 425-8999
4  Fax: (831) 425-8853
   E-Mail:    dgbaskin@baskingrant.com
5              rebeccaj@baskingrant.com
   Attorneys for:
6  CONTINENTAL SALES COMPANY OF
   AMERICA, LTD., OCULAR LABS, INC.

*E-FILED - 10/6/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARK SHEFTIC, | CASE NO. C05-02393  - RMW |
| Plaintiff, | **FORM OF ORDER** |
| vs. | |
| CONTINENTAL SALES COMPANY OF AMERICA, LTD., OCULAR LABS, INC., DOES One through Ten | |
| Defendants. | |

Plaintiff Mark Sheftic and Defendants Continental Sales Company of America, Ltd. and Ocular Labs, Inc., submitted to this court a Stipulation To Continue The Date of Case Management Conference.

PURSUANT TO THE STIPULATION, IT IS SO ORDER THAT THE CASE MANAGEMENT CONFERENCE be continued from October 21, 2005 at 10:30 a.m. to November 18, 2005 at 10:30 a.m. in Department 6; and that the date on which initial disclosures, the Case Management Statement, and the Rule 26(f) Report must be completed, filed, and/or served be continued from October 14, 2005 to November 11, 2005; and that the last day to meet and confer re initial disclosures, ADR process, and discovery plan, and to file a Joint ADR

1  Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference be
2  continued from September 30, 2005 to October 28, 2005.
3
4  DATED: October 6, 2005
5
6                                         /S/ RONALD M. WHYTE
                                          Ronald M. Whyte
7                                          United States District Judge