1   MICHAEL M. HERRICK, Bar No. 63666
    HERRICK LAW OFFICES
2   1750 Montgomery Street, #1104
    San Francisco, CA  94111-1063
3   Telephone: (415) 781 2804; Fax: (415) 781 8446
4   *herrick@wagelaw.com*

5   Attorney for Plaintiff
    MARK SHEFTIC
6

7                   **UNITED STATES DISTRICT COURT**
8                   **NORTHERN DISTRICT OF CALIFORNIA**

9

10

11  MARK SHEFTIC,                          **Case No. C-05-02393 PVT**

12

13              Plaintiff,                 **JOINT STIPULATION AND** ~~**PROPOSED**~~
                                           **ORDER FOR AN EXTENSION OF TIME**
14          vs.                            **TO COMPLETE ADR PROCEEDINGS**

15
    CONTENENTAL SALES COMPANY OF
16  AMERICA, LTD., OCULAR LABS, INC.
    Does One through Ten,
17

18              Defendants.

19

20

21      All parties to this action hereby jointly stipulate herein to an extension of time

22  in order to complete the Alternative Dispute Resolution (ADR) procedure until March

23  24, 2006.  The parties have previously agreed to Early Neutral Evaluation (ENE) and in a

24  scheduling conference with the appointed ENE evaluator, Joseph E. Wiley, jointly

25

26

27  JOINT STIPULATION FOR                          1.          Case No. C-05-02393 PVT
    ADR EXTENSION & ORDER
28

1   agreed that the earliest possible mutually agreeable date for the ENE hearing is March

2   10, 2006, thus requiring the extension of time to March 24, 2006.

3

4   SO STIPULATED
    Dated:  December 23, 2005                    MICHAEL M. HERRICK
                                                 Attorney at Law
5

6
                                                 By: _____
7                                                     MICHAEL M. HERRICK
                                                      Attorney for Plaintiff
8                                                     MARK SHEFTIC

9

10  Dated:  December 23, 2005                    DAVID GREEN BASKIN,
                                                 Baskin & Grant, LLP
11

12                                               By: _____
                                                      DAVID GREEN BASKIN
13                                                    Attorney for the Defendants
                                                 CONTENENTAL  SALES  COMPANY  OF
14                                               AMERICA, LTD., OCULAR LABS, INC.

15

16          SO ORDERED, that the parties shall have until March 24, 2006, to complete

17  the Court's ADR proceedings.

18

19
    DATED:  *January 4, 2006*                    _____
20                                               The Honorable Patricia V. Trumbull
21                                               United States Magistrate Judge

22

23

24

25

26

27  JOINT STIPULATION FOR                              2.              Case No. C-05-02393 PVT
    ADR EXTENSION & ORDER
28